**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JOHN ROLAND MYLES, JR., #63182**                                              **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 3:07-cv-529-HTW-LRA**

**ROSS R. BARNETT, JR., and
JUDGE SAMAC S. RICHARDSON**                                              **DEFENDANTS**

**<u>FINAL JUDGMENT</u>**

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the

Memorandum Opinion and Order issued this day and incorporated herein by reference, it is

hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, pursuant to

28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), however any habeas corpus claims are dismissed without

prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE